

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00461-CV

**IN THE INTEREST OF C.R.L. AND A.E.V., CHILDREN**,

From the 452nd District Court, Mason County, Texas
Trial Court No. 155592
Honorable Robert Rey Hofmann, Judge Presiding

## O R D E R

     Appellant has filed her appellant's brief. Attached to the appellant's brief is an order identifying the minor children by their full names. Texas Rule of Appellate Procedure 9.8(b) requires a minor to be identified by an alias "in all papers submitted to the court, including all appendix items submitted with a brief." TEX. R. APP. P. 9.8(b)(1). "All documents must be redacted accordingly." *Id.* R. 9.8(b)(1)(C). Because appellant has failed to comply with Rule 9.8(b)'s requirements, we strike appellant's brief and order appellant's counsel, Pat Montgomery, to refile the appellant's brief by September 19, 2016.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court